AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

WESTERN District of NEW YORK

| | |
|---|---|
| JON SEIGER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 20-CV-6374 |
| WOODDBOLT DISTRIBUTION | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   The case is voluntarily dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on a motion for   n/a

Date:   07/31/2020

*CLERK OF COURT*

s/ MARY C. LOEWENGUTH, CLERK

*Signature of Clerk or Deputy Clerk*